IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:    *
   *
**Christopher Andrew Boltz,**    *    Case No.: **15-03397 HAC**
   *
Debtor.    *    Chapter 13

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

COMES NOW the Debtor in this proceeding and hereby amends the Chapter 13 plan as follows:

1. Under paragraph (2), increases the pre-confirmation adequate protection payment to Ally Financial to **$83.00** per month.

2. Under paragraph (3), increases the alternate monthly payment (AMP) to Ally Financial to **$83.00** per month.

3. Under paragraph (5), changes the treatment to Creditor(s) as follows:

   Ally Financial      2011 Kia Forte
   Collateral Value $**8,313.00**      @ **5.25**% per annum
   §1325(a)(5) amount **$158.00**

   Dated: 03/22/16      /s/    Lacy S. Robertson
        Lacy S. Robertson
        PADGETT & ROBERTSON
        Attorneys at Law
        4317 Downtowner Loop North
        Mobile, AL 36609
        (251) 342-0264

## CERTIFICATE OF SERVICE

I do hereby certify that on this the     22nd     day of    March    , 2016, I have served a copy of the foregoing pleading by either electronic service or via United States Mail properly addressed and postage prepaid to the following parties:

Daniel B. O'Brien (via Electronic Service)
Chapter 13 Trustee

Paul J. Spina, III (via Electronic Service)
Attorney for Ally Financial

/s/     Lacy S. Robertson
Lacy S. Robertson